# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0331

_____

PEACE OF PARADISE, LLC,

Petitioner,

v.

WALTON COUNTY,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

May 1, 2025

PER CURIAM.

DISMISSED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

J. Stanley Chapman of The Chapman Law Firm, PLLC, Havana, for Petitioner.

No appearance for Respondent.